IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR206 |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| LANCE L. BARTLING, JR., | ) | |
| JORDON A. GREGORY, | ) | |
| LAVONTE L. PRINCE, | ) | |
| AARON R. RUSSELL, | | |
| | | |
| Defendants. | | |

This matter is before the court on defendant Lance L. Bartling's motion to continue trial [71] and amended motion to continue trial [72] as counsel has recently been appointed and needs additional time to prepare for trial. The court finds good cause being shown and the trial shall be continued. The defendant has complied with NECrimR 12.1(a).

**IT IS ORDERED** that the motion to continue trial [71] and amended motion to continue trial [72] are granted as follows:

1. The jury trial **for all defendants** now set for September 9, 2014 is continued to **October 7, 2014.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 7, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 28, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**