IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR206 |
| | ) | |
| vs. | ) | |
| | ) | |
| LANCE L. BARTLING, | ) | ORDER |
| JORDAN A. GREGORY, | ) | |
| LAVONTE L. PRINCE, | ) | |
| AARON R. RUSSELL, | | |
| | | |
| Defendants. | | |

This matter is before the court on the unopposed Motion to Continue Trial [77] filed by defendant Aaron Russell.  Counsel needs additional time to investigate the issues and to explore plea negotiations. The defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the motion to continue trial [77] is granted, as follows:

1.   The jury trial, **for all defendants**, now set for October 7, 2014 is continued to **December 9, 2014.**

2**.**   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 9, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED September 26, 2014.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**