IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,                                          8:14CR206

vs.

LANCE L. BARTLING, JR.,                              **ORDER**

Defendant.

     This matter is before the Court on the defendant's MOTION for Copies (Filing No. 178). The defendant requests a copy of his Sentencing Transcript and Docket Sheet and further requests that fees for the copies be waived. Upon review of the case file, the Court notes that the defendant was sentenced on October 20, 2015 (Filing No. 172) and Judgment was entered on October 21, 2015 (Filing No. 174). No appeal was timely filed. The defendant has not set forth a valid reason why copies of his docket sheet should be provided or a transcript prepared without payment. Therefore, the defendant's Motion for Copies (Filing No. 178) will be denied. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment. Further, a sentencing transcript has not been prepared in this case, and shall not be prepared without pre-payment.

     **IT IS ORDERED:**

1.    The defendant's MOTION for Copies [178] is denied.

2.    The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

3.    The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment.

4.    A sentencing transcript has not been prepared in this case, and shall not be prepared without pre-payment.

     Dated this 8th day of January, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge