## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:14CR206** |
| **vs.** | |
| **LANCE L. BARTLING, JR.,** | **JUDGMENT** |
| **Defendant.** | |

For the reasons discussed in the Memorandum and Order of this date,

IT IS ORDERED:

1.     The Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2.     The § 2255 Motion, ECF No. 180, is summarily dismissed;

3.     The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 3rd day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge